IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Gabriel Jennings | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | No. 07-3852 |
| Ronnie R. Holt, et. al. | : | |
| Defendants. | : | |

MEMORANDUM OPINION

Fullam, Sr. J.                                                                                   October  11, 2007

Petitioner, Gabriel Jennings, is a federal prisoner, confined at the United States Penitentiary - Cannan in Waymart, Pennsylvania.  Mr. Jennings is serving a thirty-one year sentence.  In 1992, Mr. Jennings filed a petition for a writ of *habeas corpus* in Civil Action No. 92-6093.  That petition was considered on the merits and denied.

On September 17, 2007, petitioner filed a "Motion for *Habeas Corpus* Relief" Pursuant to 28 U.S.C. § 2241.  In this document, petitioner argues that the Supreme Court's holding in Jones v. United States 529 U.S. 848 (2000) voids his conviction.  Mr. Jennings argues that under the holding in Jones*,* the acts for which he was convicted do not qualify as a federal crime.

Whether considered under § 2241 or § 2255, the petition must be dismissed.  Because the petitioner seeks to have his sentence voided, and therefore to be released from custody, the petition cannot be brought under § 2241. 28 U.S.C. § 2241 applies solely to the execution of a sentence, and cannot be applied to the imposition of a sentence as the petitioner requests.

Petitioner's claim would be appropriate under U.S.C. 28 § 2255, had he not already filed such a claim in the past. Because the petitioner has already brought one petition under § 2255 which was considered and denied on the merits, he cannot bring this "second or successive" petition without first obtaining permission from the Court of Appeals.

An Order follows.